**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 00-6958**

─────────

FRANK ROBERT WEST, JR.,

                              Petitioner - Appellant,

        versus

RONALD ANGELONE, Director, Department of Cor-
rections; J. BEALE, Warden, Deerfield Correc-
tional Center,

                              Respondents - Appellees.

─────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior
District Judge.  (CA-00-965-AM)

─────────

Submitted:  October 12, 2000          Decided:  October 20, 2000

─────────

Before WILLIAMS and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Frank Robert West, Jr., Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Frank Robert West, Jr., seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See West v. Angelone, No. CA-00-965-AM (E.D. Va. June 27, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2